IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARKASAS! (A+)

320 ASSAULT, LEBEL & _____ DIVISION
SLANDER & ETC.

4:11-CV-243 DPM

COMPLAINT

JURY TRIAL DEMANDED

This case assigned to District Judge __Marshall__
and to Magistrate Judge __Volpe__

PLAINTIFFS,
REV. CALVIN WARREN I THES. 2:4!

DEFENDANTS
JOHN WARREN JR. & FREADY MAE WARREN & GIRLS! (A+)
& ALL POLICES IN AMERICA! & THE WHOLE BLACK RACE
& PRESIDENT B. OBOMA & MARSHALL OBOMA, BILL CLITON,
HILARRY CLITON, ALGOAR & MRS. MARTHA WILLIAMS
& FAMILY & EXTENDED FAMILY! (A+)

WARREN I THES. 2:4

1 of 8

COMPLAINT

I. PLACE OF CONFINEMENT

NO ✗ (IF NO, GO TO PART II)

II. EXHAUSTION OF ADMINISTRATIVE REMEDIES
DOES ANY CAUSE OF ACTION ALLEGED IN THIS COMPLAINT REQUIRE YOU TO EXHAUST ADMINISTRATIVE REMEDIES BEFORE FILING IN COURT? NO ✗

WARREN I THES. 2:4!

III PARTIES TO CURRENT LAWSUIT

(A) PLAINTIFF REV. CALVIN WARREN I THES. 2:4. IS A CITIZEN OF MONTANA, (STATE) PRESENTLY RESEDING AT 2207 CENTRAL AVE, APT. 109 BILLINGS, MT 59102! (A+) (MAILING ADDRESS)

(B) DEFENDANT JOHN WARREN JR. FREDY MAE WARREN & GIRLS! & ALL WHITE POLICES & ALL BLACK POLICES & ETC. IN LITTLE ROCK, ARK. & IN NORTH LITTLE ROCK, ARK.

DEFENDANT PRESIDENT B. OBOMA & MARSHALL OBOMA, FORMAL PRESIDENT BILL CLITON & HILLARRY CLITON, PRESIDENT GEORGE BUSH & BARBER BUSH,

DEFENDANT MARTHA WILLIAMS & JAMES WILLIAMS, & HAZEL WILLIAMS, & ROY WILLIAMS & DONA WILLIAMS, & CAROLYN STANDLEY, CHUCK STANDLEY, CHARLES STANDLY & TINA BROWN, & NOBIA GILLESPPI & REV. CLAYBURN GILLESPPI, & MONICA GILLESPPI, JOHNNIE MAE WARREN, & MARTHA SMITH & ERIC SMITH & ERIC SMITH JR. EVERRETTE WARREN, DARYL WARREN, ADRAIN WARREN, CHRIS JONES, KIM WARREN, KENNETH BROWN & ALL OF MARTHA WILLIAMS FAMILY & EXTENDED FAMILY!

DEFENDANT REV. DR. JESSIE JACKSON SR. & JESSIE JACKSON JR. STATE ILL! (A+)

DEFENDANT DEXTER KING, MARTIN LURTHER KING III, CHRISTIAN KING & new BERNICE KING & WHOLE FAMILY! (A+) WARREN I THES. 2:4.

3 of 8

IV. STATEMENT OF CLAIMS

(A.) COUNT I ( STATE YOUR CAUSE OF ACTION, E.G., HOW HAVE YOUR ( UNITED STATES CONSTITUTIONAL RIGHTS ) BEEN VIOLATED! ) (A+)

OUR RELIGIOUS RIGHTS ARE BEING VIOLATED & CITIZENSHIP RIGHTS & ETC. (A+)

DATE OF INCIDENT(S): 03-16 WED.-2011! & ETC.

SUPPORTING FACTS! "I HAVE A RIGHT!" TO GO INTO MY BROTHER HOME TO SEE HIM! (A+)

I CAME FROM BILLINGS, MT TODAY 03-16 WED.-2011 TO SEE MY BROTHER (ELDER JOHN WARREN I THES 2:4) & TO TAKE HIM & HIS SON JOHN WARREN JR. TO LIVE WITH ME IN BILLINGS, MT WHERE I LIVE! IN MY APT. 2207 CENTRAL AVE APT. 109, IN SANTA FE ARMS APTS. BILLINGS, MT. 59102 $\Lambda$ AL. 6:7 & HOSEA 8:7, EX 23:7 & TITUS 1:2! EPHES. 2:2! (A+)

DEFENDANT'S INVOLVED! ( THEY ALL ARE TRYING TO MURDER HIM WITH FEAR! (A+))

JOHN WARREN JR. [ (HE REFUSED) TO LET ME IN MY BROTHER HOUSE! THIS MORNING AT 6:30 AM (ABOUT) AT 1508 CHARLOTTE DR. LITTLE ROCK, ARK. 72204! (A+) (MY BROTHER IS SHAKING!) (A+)

I TOLD HIM THAT I CAME TO SEE MY BROTHER & TO TAKE MY BROTHER WITH ME TO BILLINGS, MT! (A+) ( POLICES ARE TRY TO MURDER LADY MAE WARREN, ETC MY BROTHER IN HIS HOUSE! ETC )

1.A  HE SAID THAT I COULD NOT COME IN! (A+) & I AM HIS UNCLE! (A+)

1.B  THERE WERE TWO VEHICLES THERE! A TRUCK LIC. # 175 CXT AR GRAY [PICK UP]! (A+) & A BLAZAR (CHEVEY) 086 MSY AR. LIC #! (A+)

THE CAR WAS NOT THERE, LIC# MR WARREN (A+)

THE CAR WAS YARD THERE ON 02-24 TH.-2011! (A+)
^ IN THE

BUT THE FRONT GATE WAS LOCKED! (A+) SO I LEFT TOWN WITHOUT SEEING HIM! YET MR. RYAN SAID THAT HE SAW MY BROTHE & HIS SON DURING THE MORNING! (A+)

WARREN I THES. 2:4

( THEY ARE TRYING TO KILL HIM WITH FEAR, I THOUGHT! TO BRING IN JACKSON'S TOO!)

( MY BROTHER! IN HIS HOUSE! etc )

( A THE etc )

4 of 8

## V. INJURY

DESCRIBE THE INJURIES YOU SUFFERED AS A RESULT OF EACH INDIVIDUAL DEFENDANT'S ACTIONS!

THEY ARE TRYING TO MURDER MY BROTHER (ELDER JOHN WARREN)! (A) THEY ARE TRYING TO HURT ME! BY TRYING TO MURDER MY BROTHER, ELDER JOHN WARREN! (A) BECAUSE HE'S A BORN-AGAIN MINISTER OF THE RESURRECTED CHRIST — ROM. 8:34, REV. 1:17-18, MATT. 28:18-20, HEBS. 1:3, I PET. 3:21-22, REV. 20:11-15! REV. 21:8,27 & REV. 22:14-16, ACTS 26:13, HEBS. 12:1-3, COL. 3:1, ALMIGHTY GOD CANNOT LIE! TITUS 1:2 & HOSEA 8:7! GAL. 6:7!
EX. 23:7! (A)
I JOHN 4:4! (A)
I JOHN 2:20!
JOSHUA 1:5&9
II TIM 1:7! (A)

## VI. REQUEST FOR RELIEF

DESCRIBE THE RELIEF YOU REQUEST!

1. I DEMAND THAT THEY ALL THAT ARE STATED IN THIS LAW SUIT! (A) BE PUT INTO THE FEDERAL PRISON WITH THE DEATH PENALTY! (A) FOR PREMEDITATEDLY, AGGRAVATEDLY, PLOTTING & TRYING TO MURDER MY BROTHER ELDER JOHN WARREN, IN HIS HOME! (EPHE 2:2) & ON HIS JOB WITH UNGODLY POLICES (BLACKS & WHITES & ETC)! (A)

2. I DEMAND THAT THE (FEDERAL) COURTS MAKE THEM LET ME INTO THE HOUSE OF MY BROTHER, TO SEE HIM! & TO GET HIM TO TAKE HIM TO BELIEVERS (& HIS SON), MY TO LIVE WITH ME! (THEM)

WARREN I THES. 2:4!

5•8

3.) I DEMAND THAT THE COURTS PAY MY BROTHER, ELDER JOHN WARREN I THES. 2:4, ONE HUNDRED TRILLION DOLLARS! FOR THE RACISM & TERRORISM THAT THEY HAVE USED AGAINST US HERE IN LITTLE ROCK, ARK. HERE IN NORTH LITTLE ROCK & HERE IN ARK. & HERE IN AMERICA! (4)

WARREN I THES. 2:4! (4)

698

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

PLAINTIFF(S)
REV. CALVIN WARREN I THES. 2:4.           CASE NUMBER
           V.
DEFENDANT(S)
JOHN WARREN JR,
FREDY MAE WARREN & ALL WHITE & ALL BLACK POLICES! &
& ETC. POLICES!
(THE WHOLE BLACK RACE) & PRESIDENT B. OBOMA &
MARSHALL OBOMA, BILL CLITON, HILLARY CLITON,
AL GOAR & MRS. AL GOAR, GEORGE BUSH, & BARBER BUSH &
MRS. MARTHA WILLIAM & FAMILY & EXTENDED FAMILY! &
& ETC.

PLAINTIFF(S) NAME & ADDRESS(ES)
REV. CALVIN WARREN I THES. 2:4, 2207 CENTRAL AVE APT. 109,
                                    BILLINGS, MT 59102

DEFENDANT(S) NAME & ADDRESS(ES)
JOHN WARREN JR   1508 CHARLOTTE DR, LITTLE ROCK, ARK. 72204
MRS. FREDY MAE WARREN, & GIRLS! 1508 CHARLOTTE DR, LITTLE ROCK,
                                    ARK. 72204
MRS. MARTHA WILLIAMS & HER FAMILY & EXTENDED FAMILY!
PRESIDENT B. OBOMA & MARSHALL OBOMA,
FORMAL PRESIDENT BILL CLITON & HILLARY CLITON,
FORMAL PRESIDENT GEORGE BUSH & BARBER BUSH,
REV. DR. JESSIE JACKSON SR. & JESSIE JACKSON JR,
DEXTER KING, MARTEN LURTHEN KING III & ETC.

WARREN I THES. 2:4                                    7 of 8

VENUE

<u>FACTUAL BASES FOR LAWSUIT</u> [THEY ARE TRYING TO MURDER MY BROTHER IN HIS HOME! AT] &ETC! OUR RELIGIOUS RIGHTS & RIGHTS TO PRIVICY & OF THE PRESS ARE BEING & WAS VIOLATED!

<u>RELIEF SOUGHT</u> ( INCLUDING <u>REQUEST FOR JURY TRIAL</u>). <u>DEALTH PENALTY & ETC</u> [ALL OTHERS]! (A+)

Rev. Calvin Warren I Thes. 2:4.      SIGNATURE

REV. CALVIN WARREN I THES. 2:4.      PRINTED NAME

2207 CENTRAL AVE APT. 109      PRINTED ADDRESS

BILLINGS, MT, 59102      TELEPHONE NUMBER

406-697-0891
    MESAGE #

WARREN I THES. 2:4.      8 of 8