IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CALVIN WARREN                                                              PLAINTIFF

V.                                          4:11CV00254

CAROLIN STANDLY, ET. AL.                                                   DEFENDANT

## ORDER

On March 18, 2011, Plaintiff filed a *pro se* complaint and motion for leave to proceed *in forma pauperis*. (Docket #'s 1 and 2). On March 16, 2011, Plaintiff filed another complaint alleging similar facts and naming many of the same defendants, Warren v. Warren, et. al., Civil Case No. 4:11CV00243-DPM. In the interest of judicial efficiency, the Court finds that the Complaint in this matter, should be filed as a Supplemental Complaint in Case No. 4:11CV00243.

Accordingly, the Clerk of the Court is directed to file the Complaint filed in the above matter as a Supplemental Complaint in Case No. 4:11CV00243. The motion for leave to proceed *in forma pauperis* is denied as moot. The Clerk is directed to close this case.

IT IS SO ORDERED this 28th day of March, 2011.

_____
James M. Moody
United States District Judge