IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**CALVIN WARREN**                                                                     **PLAINTIFF**

v.                              **Case No. 4:11-cv-243-DPM**

**JOHN WARREN, JR.,** *et al.*                                              **DEFENDANTS**

## ORDER

In its 22 March 2011 Order, *Document No. 4*, the Court denied Calvin Warren's application to proceed *in forma pauperis*. The Court gave Warren until 22 April 2011 to either file a properly completed application to proceed *in forma pauperis* or to pay the full $350.00 filing fee. The Court warned that failing to do so would result in the dismissal of Warren's complaint without prejudice under Local Rule 5.5(c)(2). It is now late May, and Warren has taken no further action. His complaint and supplemental complaint are therefore dismissed without prejudice. Local Rule 5.5(c)(2).

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

27 May 2011