IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**CALVIN WARREN**                                                              **PLAINTIFF**

v.                            **Case No. 4:11-cv-243-DPM**

**JOHN WARREN, JR.,** *et al.*                                              **DEFENDANTS**

## JUDGMENT

Calvin Warren's complaint and supplemental complaint are dismissed without prejudice.

*/s/ DP Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

27 May 2011